# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.

NICHOLAS NIELSEN,

    Plaintiff

    Vs.

Verano Holdings, LLC, Sam Dorf, George Archos, Darren Weiss, James Leventis, Chris Fotopoulos, Edward Shen, Michael Frontier, Rockview Capital, JJR Private Capital, Alan Bluestine, Sol Global Investments, Serruya Private Equity, Randy Taylor Consulting, Partner Colorado Credit Union, Steve White, Jason Vedadi, Nicole Stanton, Ben Kimbro, Elroy Sailor, Ana Dutra, Mark Barnard, and Eula Adams, Daniel Reiner, Canaccord Genuity, Alliance Global Partners, Natural State Wellness Enterprises, LLC, John Allison, Henry Wilkins V, Dr. William Young, Bill Carwell, Christine L. Edmonson, Amy Haun Hall, Bob Dale Haun, Leo Hauser, Ryan W Heringer, David Johnson, Robert Lee Jones III, Bobbi McDaniel, Dustin McDaniel, Bobby McDaniel, Kristy McDaniel, Marvin Parks, Jeffery J. Ryan, Dr. Marvin Bruce Sanderson, Dr. Ladd Scriber, Dr. Thomas M Stank, Bill Stanley, Bart Calhoun, Melissa Moody, Martha Rouby, Warren Ross, and The Ross Group,

    Defendants

COMPLAINT AND JURY DEMAND