IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 21-cv-00692-GPG-SKC

NICHOLAS NIELSEN,

    Plaintiff,

v.

VERANO HOLDINGS, LLC, ET AL.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the orders entered by Judge Gordon P. Gallagher on August 1, 2023, ECF 174 and ECF 176 and August 16, 2023, ECF 177 it is

ORDERED that plaintiff's claims are dismissed without prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of the

    Defendants and against the Plaintiff.

This case will be closed.

Dated at Grand Junction, Colorado this 14th day of September 2023

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By:   s/D. Clement
                                                            D. Clement
                                                            Deputy Clerk