IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00692-GPG-SKC

NICHOLAS NIELSEN,

    Plaintiff,

v.

VERANO HOLDINGS, LLC, ET AL.,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Orders [D. 177; D. 181] entered by the Honorable Gordon P. Gallagher on August 16, 2023, and October 6, 2023, which are incorporated by reference as if fully set forth herein, it is

**ORDERED:** that Plaintiff's First Amended Complaint [D. 12] is dismissed, it is further

**ORDERED:** that the Motion to Confirm [D. 128] is GRANTED, it is further

**ORDERED:** that Arbitrator Netzorg's Final Award is CONFIRMED, it is further

**ORDERED:** that Judgment is hereby entered in favor of Defendants Verano Holdings, LLC, Sam Dorf, George Archos, Darren Weiss, James Leventis, Chris Fotopoulos, Edward Shen, and Michael Frontier and against Plaintiff Nicholas Nielsen in the amount of $92,200 in attorneys' fees and $1,868.64 in costs

payable, and that the claims against such Defendants are dismissed with prejudice, it is further

**ORDERED:** that Judgment is hereby entered in favor of Defendants Randy Taylor Consulting, LLC , Steve White, Jason Vedadi, Nicole Stanton, Ben Kimbro, Elroy Sailor, Ana Dutra, Mark Barnard, Eula Adams, Daniel Reiner, Amy Haun Hall, Bob Dale Haun, Bobbi McDaniel, Dustin McDaniel, Bobby McDaniel, Kristy McDaniel, Jeffrey J. Ryan, Dr. Ladd Scriber, Bart Calhoun, Melissa Moody, Warren Ross, Henry "Hank" Wilkins V, Leo Hauser, Ryan W. Heringer, Dr. Thomas Stank, Bill Carwell, Marvin Parks, Dr. Bruce Sanderson, Bill Stanley, Christine L. Edmonson, Martha Rouby, David E. Johnston, and William Ryan Young for attorneys' fees in the amount of $134,777.50, and that the claims against such Defendants are dismissed with prejudice, it is further

**ORDERED:** that the claims again Rockview Capital, JJR Private Capital, Sol Global Investments, Serruya Private Equity, Severn Savings Bank, The Ross Group, Natural State Wellness Enterprises, LLC, John Allison, Robert Lee Jones, Canaccord Genuity Corp., and Alliance Global Partners are dismissed without prejudice.

This case is closed.

DATED at Grand Junction, Colorado, this 6th day of October 2023.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/ D. Clement
     D. Clement,
     Deputy Clerk